UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JULIETH THOMPSON | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| JULIETH THOMPSON | : | |
| Respondent | : | CASE NO.  5-24-bk-00980 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 18th day of June 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

    1. Debtor(s)' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the Debtor has excess non-exempt equity in the following:

      a. Residential real estate. The Trustee has requested proof of the value of the Debtor(s) home as stated in his/her schedules.

    2. Schedule B lacks description. Specifically, the Nissan Rogue referred to in Claim 2 is not listed.

    3. The Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

      a. Secured claims not in Plan, specifically, Claim 2.
      b. Plan ambiguous as to base amount.

    4. The Trustee provides notice to the Court as to the ineffectiveness of Debtor(s) Chapter 13 Plan for the following reasons:

      a. The adversary action referred to in the Plan should be filed prior to confirmation.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

WHEREFORE, Trustee alleges and avers that Debtor(s) Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor(s) Plan.
b. Dismiss or convert Debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 18th day of June 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

TIMOTHY B. FISHER, II, ESQUIRE
P.O. BOX 396
GOULDSBORO, PA    18424-

                                            /s/Tammy Life
                                            Office of Jack N. Zaharopoulos
                                            Standing Chapter 13 Trustee