United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                           Case No. 24-00980-MJC
Julieth Thompson                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                          Page 1 of 2
Date Rcvd: Jun 18, 2024                  Form ID: ntcnfhrg                          Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julieth Thompson, P.O. Box 770, Bartonsville, PA 18321-0770 |
| 5611628 | + | Arrow Financial Services LLC, 5996 West Touhy Avenue, Niles, IL 60714-4610 |
| 5611629 | + | Blatt, Hasenmiller,Leibsker & Moore, 5 Great Valley Pkwy, Ste 100, Suite 501, Malvern, PA 19355-1426 |
| 5616900 | + | GREGORY D. MALASKA ESQ., YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |
| 5611631 | + | Gotta Go Septics, 205 Route 196, Tobyhanna, PA 18466-7743 |
| 5611634 | + | MV Realty of Pennsylvania, LLC, 600 N. 2nd St., Ste 401, Harrisburg, PA 17101-1071 |
| 5611636 | + | PHPOA, P.O Box 232, Tannersville, PA 18372-0232 |
| 5616901 | + | Pocono Haven Property Owners Association, GREGORY D. MALASKA, ESQ., YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5611630 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 18 2024 18:48:29 | First Premier, 3820 N Louise Ave, Tape Only, Sioux Falls, SD 57107-0145 |
| 5611632 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 18 2024 18:40:00 | Jefferson Capital Systems, 16 McCleland Road, Saint Cloud, MN 56303 |
| 5611633 | ^ | MEBN | Jun 18 2024 18:39:45 | KML Law Group, P.C., Ste 5000 - BNY Independence Center, 701 Market St, Philadelphia, PA 19106-1541 |
| 5611635 | + | Email/PDF: cbp@omf.com | Jun 18 2024 18:48:22 | One Main Financial, 100 International Drive, 15th Floore, Baltimore, MD 21202-4673 |
| 5617724 | + | Email/PDF: cbp@omf.com | Jun 18 2024 18:48:26 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5621968 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 18 2024 18:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5611637 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 18 2024 18:41:00 | Select Portfolio Servicing, Inc, 3815 S West Temple Ste 2000, Salt Lake City, UT 84115 |
| 5611638 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 18 2024 18:40:00 | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Julieth Thompson donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|:---:|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Julieth Thompson, | Chapter | 13 |
|---|---|---|
| **Debtor 1** | | |
| | Case No. | 5:24−bk−00980−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 18, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 25, 2024 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 18, 2024 |

ntcnfhrg (08/21)