IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>Julieth Thompson<br><br>Westlake Services, LLC d/b/a Westlake Financial Services,<br>　　　Movant<br><br>vs.<br><br>Julieth Thompson ,<br>　　　Debtor | Case No. 5:24-bk-00980-MJC<br>Chapter 13 |

## OBJECTION TO CONFIRMATION
## OF DEBTOR'S CHAPTER 13 PLAN

　　Westlake Services, LLC d/b/a Westlake Financial Services ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 8), and states as follows:

　　1.　　The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on April 20, 2024.

　　2.　　Movant holds a security interest in the Debtor's property known as 2010 Jeep Grand Cherokee, VIN: 1J4RR5GT9AC134526 (the "Property"), by virtue of a Resurgent Capital Services.

　　3.　　The Debtor filed a Chapter 13 Plan (the "Plan") on April 20, 2024 (Doc 8).

　　4.　　Movant filed a Proof of Claim in this case on June 19, 2024 (Claim No. 5) which lists a total debt of $8,300.79.

　　5.　　Movant objects to Debtor's proposed Chapter 13 Plan as Movant is not listed in the

Plan.

      6.     Movant objects to Debtor's proposed Chapter 13 Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

      7.     Movant objects to any plan which does not list the Movant in the Plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>Julieth Thompson<br><br>Westlake Services, LLC d/b/a Westlake Financial Services,<br>    Movant<br><br>vs.<br><br>Julieth Thompson ,<br>    Debtor | Case No. 5:24-bk-00980-MJC<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Timothy B. Fisher, II, Debtor's Attorney
Fisher and Fisher Law Offices
PO Box 396 525 Main Street
Gouldsboro, PA 18424
donna.kau@pocono-lawyers.com


Jack N Zaharopoulos (Trustee), Bankruptcy Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

Julieth Thompson
P.O. Box 770
Bartonsville, PA 18321

Date: <u>July 17, 2024</u>

                    */s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com