United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Julieth Thompson  
    Debtor

Case No. 24-00980-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Nov 01, 2024      Form ID: ordsmiss      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julieth Thompson, P.O. Box 770, Bartonsville, PA 18321-0770 |
| cr | + | Westlake Services, LLC d/b/a Westlake Financial Se, 55 Beattie Place, STE 110, Greenville, SC 29601-5115 |
| 5611628 | + | Arrow Financial Services LLC, 5996 West Touhy Avenue, Niles, IL 60714-4610 |
| 5611629 | + | Blatt, Hasenmiller,Leibsker & Moore, 5 Great Valley Pkwy, Ste 100, Suite 501, Malvern, PA 19355-1426 |
| 5616900 | + | GREGORY D. MALASKA ESQ., YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |
| 5611631 | + | Gotta Go Septics, 205 Route 196, Tobyhanna, PA 18466-7743 |
| 5611634 | + | MV Realty of Pennsylvania, LLC, 600 N. 2nd St., Ste 401, Harrisburg, PA 17101-1071 |
| 5611636 | + | PHPOA, P.O Box 232, Tannersville, PA 18372-0232 |
| 5616901 | + | Pocono Haven Property Owners Association, GREGORY D. MALASKA, ESQ., YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5627521 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 01 2024 18:37:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5611630 | + | EDI: AMINFOFP.COM | Nov 01 2024 22:35:00 | First Premier, 3820 N Louise Ave, Tape Only, Sioux Falls, SD 57107-0145 |
| 5611632 | | EDI: JEFFERSONCAP.COM | Nov 01 2024 22:35:00 | Jefferson Capital Systems, 16 McCleland Road, Saint Cloud, MN 56303 |
| 5611633 | ^ | MEBN | Nov 01 2024 18:33:27 | KML Law Group, P.C., Ste 5000 - BNY Independence Center, 701 Market St, Philadelphia, PA 19106-1538 |
| 5624997 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 18:41:23 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5611635 | + | EDI: AGFINANCE.COM | Nov 01 2024 22:35:00 | One Main Financial, 100 International Drive, 15th Floore, Baltimore, MD 21202-4673 |
| 5617724 | + | EDI: AGFINANCE.COM | Nov 01 2024 22:35:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5621968 | + | EDI: JEFFERSONCAP.COM | Nov 01 2024 22:35:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5611637 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 01 2024 18:37:00 | Select Portfolio Servicing, Inc, 3815 S West Temple Ste 2000, Salt Lake City, UT 84115 |
| 5611638 | + | EDI: VERIZONCOMB.COM | Nov 01 2024 22:35:00 | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |
| 5625174 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 18:41:23 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 03, 2024　　　　　　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Westlake Services LLC d/b/a Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Westlake Services LLC d/b/a Westlake Financial Services matthew.fissel@brockandscott.com, wbecf@brockandscott.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Julieth Thompson donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Julieth Thompson,    Chapter    13

**Debtor 1**

Case No.    5:24−bk−00980−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: November 1, 2024

ordsmiss (05/18)